KNOX, LEMMON & ANAPOLSKY, LLP
2339 GOLD MEADOW WAY, SUITE 205, GOLD RIVER, CA 95670
TELE: (916) 498-9911 FAX: (916) 498-9991

1    UNITED STATES DISTRICT COURT

2    EASTERN DISTRICT OF CALIFORNIA

3

4  MOUNTAIN F. ENTERPRISES, INC., a          CASE NO. 2:19-CV-02023-JAM-CKD
   California corporation,

5          Plaintiff,                         **STIPULATION AND ORDER FOR
                                             EXTENSION OF TIME TO RESPOND TO
6          vs.                               COMPLAINT**

7                                             **[L.R. RULE 144]**
   WIARCOM, INC., a Texas corporation; and
8  DOES 1 through 50, inclusive,

9          Defendants.

10

11                    **ORDER ON STIPULATION**

12        The parties having stipulated thereto, and good cause appearing,

13        **IT IS ORDERED** that Defendant WIARCOM, INC.'s response to the Complaint is now

14
   due on December 13, 2019.
15

16 Dated:   November 26, 2019

17                                    /s/ John A. Mendez_____
                                      JOHN A. MENDEZ
18                                    United States District Court Judge

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

1