KNOX, LEMMON & ANAPOLSKY, LLP
Louis J. Anapolsky, State Bar No. 88485
David P. E. Burkett, State Bar No. 241896
2339 Gold Meadow Way, Suite 205
Gold River, CA 95670
Telephone: (916) 498-9911
Facsimile: (916) 498-9991
dburkett@klalawfirm.com

HUGHES WATTERS ASKANASE
Joseph F. Colvin Jr., Texas SBN 2407277
*(Admitted Pro Hac Vice)*
1201 Louisiana St., 28th Floor
Houston, TX 77002
Telephone:  (713) 328-2846
Facsimile:  (713) 759-6834
jcolvin@hwallp.com

Attorneys for Defendant WIARCOM, INC.

ADDITIONAL COUNSEL TO THIS STIPULATION REPRESENTING PLAINTIFF APPEAR ON PAGE TWO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNTAIN F. ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WIARCOM, INC., a Texas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-CV-02023-JAM-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>**[FRCP 41(a)]** |

Plaintiff MOUNTAIN F. ENTERPRISES, INC. and Defendant WIARCOM, INC. hereby stipulate under Federal Rules of Civil Procedure Rule 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

//

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

1

**IT IS STIPULATED.**

Dated: June 25, 2020          KNOX, LEMMON & ANAPOLSKY, LLP

By:  /s/ David P.E. Burkett
David P.E. Burkett, Attorneys for
Defendant WIARCOM, INC.

Dated: June 25, 2020          MOUNTAIN LAW GROUP, PC

By:  /s/ Beau D. Weiner (as authorized on 06-25-20)
Beau D. Weiner, Attorneys for
Plaintiff MOUNTAIN F. ENTERPRISES, INC.

ADDITIONAL COUNSEL:

MOUNTAIN LAW GROUP, PC
Beau D. Weiner, Esq. (CA SBN 26919)
1180 Iron Point Road, Suite 350
Folsom, California 95630
Telephone: (916) 803-2328
Facsimile: (916) 288-8820
beau@mtnlawgroup.com

LAW OFFICE OF TIMOTHY A. CHARSHAF, A P.C.
Timothy A. Charshaf, Esq. (CA SBN 139873)
5176 Hillsdale Circle, Suite 100
El Dorado Hills, California 95762
Telephone: (916) 933-2174
Facsimile: (916) 251-2902
tac@hlgusa.com

Attorneys for Plaintiff MOUNTAIN F. ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOUNTAIN F. ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WIARCOM, INC., a Texas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-CV-02023-JAM-CKD<br><br>**ORDER OF DISMISSAL**<br><br>**[FRCP 41(a)]** |

### ORDER OF DISMISSAL

The parties having stipulated pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii),

**IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITH PREJUDICE,** as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: June 26, 2020

                                              /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              United States District Court Judge

Knox, Lemmon & Anapolsky, LLP
2339 Gold Meadow Way, Suite 205, Gold River, CA 95670
Tele: (916) 498-9911   Fax: (916) 498-9991